**Order entered January 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01273-CR

### ANTONIO (TONY) RODRIGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 331st District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-DC-84-075577**

## ORDER

Appellant, who was convicted of sexual assault and filed a request for post conviction DNA testing, filed his brief on January 14, 2019. In the brief, he uses the name of the victim. Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies any victim either generically ("victim" or "complaining witness") or by initials only.

We **DIRECT** the Clerk to send copies of this order to Shannon Hooks and the Travis County District Attorney's Office.

/s/    LANA MYERS
       JUSTICE